```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
MICHELLE MARIE HEINEMANN,

      Plaintiff,

  -against-

ROBERT T. DERBY, MYMAIL LTD., MYMAIL
MANAGEMENT LLC, MYMAIL
TECHNOLOGY LLC, and DERBY
ENTERPRISES LLC,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/14/2020_

20 Civ. 5934 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On August 3, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by September 9, 2020. ECF No. 8 ¶¶ 4–5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **September 15, 2020**.

  SO ORDERED.

Dated: September 14, 2020
   New York, New York

                  ANALISA TORRES
                 United States District Judge